UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CHRISTOPHER J. PANETTA AND
JEANETTE L. AHLES,

Debtor.
______________________________/

Case No. 16-53166-TJT

Chapter 13

Hon. Thomas J. Tucker

OBJECTION BY THE STATE OF MICHIGAN, DEPARTMENT OF TREASURY
TO DEBTOR'S CHAPTER 13 PLAN

The State of Michigan Department of Treasury (Treasury) through its attorneys Bill Schuette, Attorney General, and Moe Freedman, Assistant Attorney General Objects to the proposed plan modification as follows:

1. The debtors filed a petition under Chapter 13 of the Bankruptcy Code on September 23, 2016.

2. On October 6, 2016, the Debtor filed a Chapter 13 Plan that listed a secured claim for the Michigan Department of Treasury in the amount of $4,276.00, the claim is listed as "Modified" and lists the interest rate as 0.00%.

3. The Michigan Department of Treasury later filed a claim in this case that included a secured claim in the amount of $4,369.00, a priority claim in the amount of $3,844.33 and a general unsecured claim in the amount of $564.54.

4. Treasury is entitled to receive its entire secured and priority claims through the plan and objects to any "modification" of its claim.

5. Treasury is entitled to the governmental rate of interest, currently 4.4%

WHEREFORE, it is prayed that this court deny confirmation of the Debtor's plan and that the State of Michigan, Department of Treasury, be granted such relief as is just and proper.

Respectfully submitted,

Bill Schuette
Attorney General

/s/Moe Freedman
Moe Freedman (P74224)
Assistant Attorney General
3030 W. Grand Blvd.,
Suite 10-200
Detroit, MI 48202
Phone: (313) 456-0140

Dated February 27, 2017